# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RAYKWON JAMAL WRIGHT**                                                         **PLAINTIFF**

**v.**          **Case No. 4:17-cv-00808-KGB/JTK**

**DAVIS, Deputy, Saline County Jail,** *et al.*                           **DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 23). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 23). The Court dismisses without prejudice Raykwon Jamal Wright's complaint for failure to prosecute (Dkt. No. 2).

So ordered this 23rd day of July, 2018.

                                                      Kristine G. Baker
                                                      United States District Judge