IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAYKWON JAMAL WRIGHT**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　**Case No. 4:17-cv-00808-KGB/JTK**

**DAVIS, Deputy, Saline County Jail,** *et al.*　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Raykwon Jamal Wright's complaint is dismissed without prejudice.

So adjudged this the 23rd day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kristine G. Baker*
　　　　　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge